## ORIENTAL CEMENT PLASTER CO. v. ROMAN NOSE GYPSUM CO.

No. 6186.    Opinion Filed December 21, 1915.

(153 Pac. 861.)

**APPEAL AND ERROR—Affirmance—Failure to File Brief.** Where the plaintiff in error fails to file brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), and it appears from the record that in taking the appeal the plaintiff in error gave a supersedeas bond, and where the plaintiff in error does not appear but defendant in error appears on the day case is set for submission, and so moves, the judgment will be affirmed.

(Syllabus by Watts, C.)

*Error from District Court, Blaine County;*
*James R. Tolbert, Judge.*

Action by the Roman Nose Gypsum Company against the Oriental Cement Plaster Company. Judgment for plaintiff, and defendant brings error. Affirmed.

*E. E. Blake* and *A. T. Boys,* for plaintiff in error.

*Seymour Foose* and *R. C. Brown,* for defendant in error.

Opinion by WATTS, C. This proceeding in error, in the form of a transcript and petition in error, was filed in this court on March 21, 1914, and the case was regularly set for submission on December 13, 1915. The plaintiff in error has failed to serve or file a brief as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), and failed to appear on the day set for submission, although the defendant in error appeared by counsel and moved the court to affirm the judgment of the lower court.

The transcript of the record shows that the plaintiff in error gave a supersedeas bond staying the execution of the judgment pending the appeal. On the authority of *Merchants' & Planters' Ins. Co. v. Crane*, 31 Okla. 713, 123 Pac. 1126; *McKain v. J. I. Case Th. M. Co.*, 35 Okla. 164, 128 Pac. 895; *Berry v. Woodward*, 38 Okla. 468, 133 Pac. 1127; *Moore v. Adams*, 40 Okla. 100, 136 Pac. 410; *Magee v. Litchfield*, 50 Okla. 360, 151 Pac. 575—we affirm the judgment of the lower court.

By the Court: It is so ordered.